United States District Court
for the
Southern District of Florida

| | |
|---|---|
| DGBD LLC, Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) Civil Action No. 16-25263-Civ-Scola |
| Samuel Lehrer, Samuel Lehrer dba Sales-Cosmedical Lasers, and Juan Osorio, Defendants. | ) ) ) |

## Order Adopting Report and Recommendation and Granting Default Judgment

The Court referred Plaintiff DGBD LLC's motion to enforce the parties' settlement agreement and for entry of a default final judgment to United States Magistrate Judge Alicia M. Otazo-Reyes for a report and recommendation. On November 14, 2018, Judge Otazo-Reyes issued a report, recommending that DGBD's motion be granted and judgment entered for DGBD and against Defendant Samuel Lehrer, individually, and Samuel Lehrer doing business as Sales-Cosmedical Lasers for $90,000. (Rep. & Rec., ECF No. 52.) Neither Defendant has filed any objections to the report and the time to do so has passed.

Nonetheless, the Court has considered—de novo—Judge Otazo-Reyes's report, the record, and the relevant legal authorities. The Court finds Judge Otazo-Reyes's report and recommendation cogent and compelling. The Court thus **adopts** the recommendation in full (**ECF No. 52**) and **grants** the Plaintiff's motion as set forth above (**ECF No. 47**).

The Court thus **enters judgment** in favor Plaintiff DGBD LLC and against Defendants Samuel Lehrer, individually, and Samuel Lehrer doing business as Sales-Cosmedical Lasers, in the amount of **$90,000**, for which sum let execution issue.

**Done and Ordered** in Miami, Florida, on December 21, 2018.

_____
Robert N. Scola, Jr.
United States District Judge